No. 96–5566. MOORE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5574. MALLORY ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5577. CROSS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–5578. ALZATE-YEPEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–5579. BRYAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5580. TOBIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5582. MARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5583. MORRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5584. TOKAREVICH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5585. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5587. NUGENT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5589. MUSE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5590. KULINSKI v. RUNYON, POSTMASTER GENERAL. C. A. 4th Cir. Certiorari denied.

No. 96–5591. BROWN v. HAMPTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5592. ADAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5598. MARTINEZ-CORTEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.